# Court of Appeals
# of the State of Georgia

ATLANTA,   March 14, 2014

*The Court of Appeals hereby passes the following order:*

**A14A1076.   JUSTIN EDWARDS ADAMS v. CITY OF MILTON CODE ENFORCEMENT.**

Justin Adams filed an action against the City of Milton, apparently seeking to challenge code-enforcement sanctions imposed against him.  The superior court treated the action as a petition for habeas corpus relief but dismissed the case for want of prosecution.  Adams then filed a direct appeal to this Court.[1]

Under the Georgia Constitution, the Supreme Court has appellate jurisdiction over all cases involving habeas corpus.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4).  Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 03/14/2014
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*

---

[1] Based on a docketing notice included in the record, it appears that Adams also filed a certificate of probable cause in the Supreme Court, as Case No. S14H0641.